

| Lucy E. Hill | Dentons Cohen & Grigsby P.C. |
|---|---|
| Shareholder | 625 Liberty Avenue, 5th Floor |
| lucy.hill@dentons.com | Pittsburgh, PA 15222-3152 |
| D  412-297-4719 | United States |
| | dentons.com |

October 5, 2021

*Via ECF*

The Honorable Judge Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, NY  10007



Re:     Pascual v. Figure Technologies, Inc., No. 21-cv-5148

Dear Judge Failla:

We represent defendant Figure Technologies, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45 days), from October 5, 2021 to November 19, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Sincerely,

DENTONS COHEN & GRIGSBY P.C.

*/s/ Lucy E. Hill*

By:  Lucy E. Hill

LEH/chl
Copy to:  All counsel of record (via ECF)

3785897.v1

```
Application GRANTED.  This matter is hereby STAYED until November
19, 2021.
                                    SO ORDERED.
Dated:    October 5, 2021
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Davis Brown ▸ East African Law Chambers ▸ Eric Silwamba, Jalasi and Linyama ▸ Durham Jones & Pinegar ▸ LEAD Advogados ▸ Rattagan Macchiavello Arocena ▸ Jiménez de Aréchaga, Viana & Brause ▸ Lee International ▸ Kensington Swan ▸ Bingham Greenebaum ▸ Cohen & Grigsby ▸ Sayarh & Menjra ▸ Larraín Rencoret ▸ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.