UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINGO PASCUAL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>FIGURE TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:21-cv-05148-KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
         November 17, 2021

Respectfully submitted,

By: /s/ *Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

The Clerk of Court is directed to unstay this case, terminate
all pending motions, adjourn all remaining dates, and then close
this case.

Dated:   November 17, 2021
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE